| | |
|---|---|
| ROBERT HUTCHINSON (SBN 45367)<br>rhutchinson@cpmlegal.com<br>GARY A. PRAGLIN (SBN 101256)<br>gpraglin@cpmlegal.com<br>KELLY WEIL (SBN 291398)<br>kweil@cpmlegal.com<br>NANCI NISHIMURA (SBN 152621)<br>nnishimura@cpmlegal.com<br>ANNE MARIE MURPHY (SBN 202540)<br>amurphy@cpmlegal.com<br>HANNAH BROWN (SBN 337592)<br>hbrown@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>2716 Ocean Park Boulevard, Suite 3088<br>Santa Monica, CA 90405<br>Telephone: (310) 392-2008<br>Facsimile: (310) 392-0111<br><br>*Attorneys for Plaintiff* | WYLIE A. AITKEN (SBN 37770)<br>wylie@aitkenlaw.com<br>DARREN O. AITKEN (SBN 145251)<br>darren@aitkenlaw.com<br>MEGAN J. DEMSHKI (SBN 306881)<br>megan@aitkenlaw.com<br>**AITKEN\*AITKEN\*COHN**<br>3 MacArthur Place Suite 800<br>Santa Ana, CA 92707<br>Tel.: (714) 434-1424<br>Fax: (714) 434-3600<br><br>GREGORY L. BENTLEY (SBN 151147)<br>gbentley@bentleymore.com<br>CLARE LUCICH (SBN 287157)<br>clucich@bentleymore.com<br>MATTHEW W. CLARK (SBN 273950)<br>mclark@bentleymore.com<br>**BENTLEY & MORE LLP**<br>4931 Birch Street<br>Newport Beach, CA 92660-2114<br>Tel.: (949) 870-3800<br>Fax: (949) 732-6291 |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRADLEY BITTON d/b/a BRAD'S LIVE LOCAL LOBSTER; KIRK SCHOONOVER**, on behalf of themselves and all other similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>**AMPLIFY ENERGY CORPORATION**, a Texas Corporation; **BETA OPERATION COMPANY LLC** d/b/a BETA OFFSHORE, a Texas Corporation; **SAN PEDRO BAY PIPELINE COMPANY**, a Texas Corporation,<br><br>　　　　　　Defendants. | CASE NO: 8:21-CV-01694-DOC-JDEx<br><br>**DECLARATION OF GARY A. PRAGLIN IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br><br>Filed: October 12, 2021<br>Trial: None Set |

I, Gary A. Praglin, declare:

1. I am an attorney duly licensed to practice law before this Court, and am a partner of the law firm of Cotchett, Pitre & McCarthy, LLP, counsel of record for BANZAI SURF COMPANY, LLC in this action. I submit this Declaration in Support of the Motion for Appointment of Cotchett, Pitre & McCarthy, LLP ("CPM"), Aitken*Aitken*Cohn, and Bentley & More LLP as Interim Co-Lead Class Counsel. If called as a witness, I could and would competently testify to all facts herein.

2. I have been one of the lawyers primarily responsible for the investigation and prosecution of Plaintiffs' claims on behalf of the proposed classes in these related matters.

**Personal Experience with Environmental Litigation**

3. I have extensive experience prosecuting both class action and environmental lawsuits.

4. From 1994 to the present, I have litigated environmental disasters and mass tort actions involving contamination of air, water, and soil. Examples of my environmental experience follows.

    a. *Anderson v. PG&E* was a groundwater and air contamination case involving 650 personal injury plaintiffs who were unknowingly exposed to carcinogenic Chromium 6 for 30 years. I handled the case from day one and was involved in every aspect of the case for three years. I served as lead attorney for the entire discovery phase. I also served as co-lead trial counsel. This case ultimately settled for $333,000,000.00 (Three Hundred Thirty-Three Million Dollars) after binding arbitration of 39 cases. As a result, I was named a Trial Lawyer of the Year Finalist for an award issued by Trial Lawyers for Public Justice for my work on this case. This case became the subject of the movie Erin Brockovich.

    b. *Bacome v. UNOCAL* was an air contamination case involving 10,000 personal injury plaintiffs who were exposed to the refinery product Catacarb. I handled expert witness preparation. I also assisted in presentation at Mediation

resulting in a settlement of $80,000,000.00 (Eighty Million Dollars). I supervised allocation of settlement funds among the plaintiffs.

  c. *Aguayo v. PG&E and Betz Chemicals* was a groundwater and air contamination case involving 1,500 personal injury plaintiffs. This is the "sister case" to *Anderson v. PG&E* described above. This case included plaintiffs who were residents and plaintiffs who worked at PG&E with the toxic chemicals. I served as the lead attorney for entire discovery phase for four years. This case settled for $300,000,000.00 (Three Hundred Million Dollars).

  d. *Adams v. Betz* was yet another groundwater and air contamination case involving the 650 *Anderson v. PG&E* plaintiffs against Betz Chemicals, the supplier of toxic chemicals to PG&E. This case settled confidentially.

  e. *Acklin v. Lockheed Martin* was a groundwater contamination case involving 850 personal injury plaintiffs who were unknowingly exposed to TCE and Ammonium Perchlorate in their drinking water for 40 years in Redlands, California. I supervised all aspects of this case, throughout litigation lasting twelve years. This case went to the Court of Appeal four times. I personally attended over 100 depositions. This case settled confidentially.

  f. *Carillo v. Lockheed Martin* is the "sister case" to *Acklin v. Lockheed Martin*. This case was a Class Action filed on behalf of residents of Redlands, California who were exposed to contaminated drinking water. I supervised all aspects of this case. I served as lead attorney in the certification of the Class Action. I handled all depositions of experts, including hydrogeologist, computer modeler, water distribution experts, and toxicologists. The class was certified for punitive damages and medical monitoring for more than 50,000 people during 1999. The certification was reversed on appeal.

  g. *Adler, Boswell, Celi v. Southern California Water Co., et al.* was a groundwater contamination case involving 500 personal injury plaintiffs who were unknowingly exposed to TCE and Ammonium Perchlorate in their drinking water for

40 years in the San Gabriel Valley in Southern California. I filed this case against multiple polluters and water purveyors. This case was the first in California to allow suit for strict liability against water purveyors, treating contaminated water as a defective product. I supervised all aspects of this case. This decision was published by California Supreme Court. The case settled confidentially.

   h. *Allen v. Aerojet* was a groundwater contamination case involving ten personal injury plaintiffs who were unknowingly exposed to TCE, Ammonium Perchlorate and other chemicals in their drinking water in Rancho Cordova, California. I served as lead counsel at trial, which lasted three months, resulting in a plaintiffs' jury verdict of $15,000,000.00 (Fifteen Million Dollars) and a finding of malice on punitive damages. The case ultimately settled for $25,000,000.00 (Twenty-Five Million Dollars).

   i. *Doe v. Aerojet* was the follow up case to *Allen v. Aerojet* involving approximately 25 personal injury plaintiffs suffering from cancer as a result of exposure to contaminated groundwater. I handled all aspects of case. This case settled confidentially.

   j. *Southern California Gas Leak Cases* – Los Angeles Superior Court JCCP 4861 was an air contamination case against So Cal Gas Co and Sempra Energy, involving 35,717 residents of Porter Ranch, Northridge, Granada Hills and Chatsworth, California arising out of the largest methane release in history in 2015. Tens of thousands of residents relocated during the 111-day release of natural gas and various other chemicals. I served on the Plaintiffs' Steering Committee and prepared the case for trial for six years of litigation. I personally took more than one hundred depositions in this case. The environmental release in this case involved crude oil, which is the chemical at issue in the present case. This case recently settled for $1,800,000,000.00 (One Billion, Eight Hundred Million Dollars).

   k. *Alvarez, et al. v. Prologis, Inc., et al.* – Los Angeles Superior Court Case No. 21STCV38929 is an ongoing case. My office recently filed a class

action lawsuit arising out of the ongoing air contamination in the City of Carson with hydrogen sulfide, which has sickened and displaced thousands of people.

5. In addition to my litigation environmental litigation experience described above, I have litigated personal injury cases for the past 40 years and have been honored as a Southern California "Super Lawyer" for 2007, 2010, 2018, and 2019.

**Cotchett, Pitre & McCarthy, LLP's Experience and Resources**

6. My partners at CPM have also engaged in extensive class action and environmental litigation. In fact, my partner Pete McCloskey is the founder and co-chair of Earth Day, beginning in 1970.

7. CPM is nationally recognized for prosecuting and defending actions on behalf of families, businesses, communities, and government entities injured as the result of pollution, chemical releases, and contamination of drinking water supplies and other parts of our communities.

8. The firm has successfully litigated to protect disadvantaged communities and those disproportionately impacted by the harms of pollution, especially lead contamination. The firm also works to secure clean, safe, and accessible outdoor spaces, to make sure that the effort put into protecting the environment leads to public spaces that can be utilized by all Californians.

9. Some of CPM's notable environmental cases include:

   a. *Tarantino v. Hanjin Shipping Co.*, No. CGC-07-469379, 2011 WL 6283119 (Cal.Super. May 16, 2011); *Loretz v. Regal Stone, Ltd.*, 756 F. Supp. 2d 1203 (N.D. Cal. 2010). CPM served as co-lead counsel for settlement and litigation classes of San Francisco Bay fishermen injured by the November 7, 2007 Cosco Busan oil spill, securing settlements for the fishermen.

   b. *Friends of Del Norte v. California Dep't of Transportation*, No. 3:18-CV-00129-JD, 2020 WL 1812175 (N.D. Cal. Apr. 9, 2020). Defendant State of California Department of Transportation ("Caltrans") chose to endanger a Wild and Scenic River in the Smith River National Recreation Area to benefit large commercial

trucks. Caltrans approved a project captioned "197/199 Safe STAA Access Project" (the "197/199 Project") to allow major modifications to segments of State Highways 197 and 199 for the purpose of allowing access by large STAA trucks.

        c. *Pac. Coast Fed'n of Fishermen's Associations v. Glaser*, 945 F.3d 1076 (9th Cir. 2019). CPM represented the San Luis & Delta-Mendota Water Authority, alleging the defendants violated the Clean Water Act by discharging pollutants from a point source without a National Pollutant Discharge Elimination System Permit.

        d. *Alec L. v. Jackson*, 863 F. Supp. 2d 11 (D.D.C. 2012), *aff'd sub nom. Alec L. ex rel. Loorz v. McCarthy*, 561 F. App'x 7 (D.C. Cir. 2014). CPM represented youth plaintiffs from across the nation, as well as Kids vs. Global Warming, a non-profit organization committed to educating youth about climate change, and WildEarth Guardians, an organization dedicated to protecting and restoring wildlife.

        e. *Bair v. California State Dep't of Transp.*, 867 F. Supp. 2d 1058 (N.D. Cal. 2012). CPM filed an environmental action on behalf of various North Coast residents and non-profit organizations against the California Department of Transportation challenging its approval of a highway widening and realignment project, which would have killed or seriously harmed hundreds of old-growth redwood trees and endangered species in Richardson Grove State Park.

        f. *McConnell v. PacifiCorp, Inc.*, No. C 07-2382 WHA(JL), 2008 WL 3843003 (N.D. Cal. Aug. 15, 2008). CPM represented various Yurok and Karuk tribe members and Klamath Riverkeeper, a nonprofit public benefit corporation, in an action to prevent the ongoing pollution and contamination of the Klamath River.

    10. CPM has the resources to serve as interim co-lead class counsel.

**Investigating and Litigating the Orange County Oil Spill**

    11. Since learning of the oil spill, I have spent a significant amount of time in Huntington Beach, Newport Beach, and Dana Point meeting with plaintiffs and

others affected by the oil spill. I have walked the beaches and the Talbert Marsh and have personally observed the oil on the beach. I continue to visit the affected areas at least on a weekly basis.

12. I have engaged in extensive research and investigation regarding the oil spill. CPM has hired consultants who are well-versed in the fields of oil pipelines and underwater forensics.

13. CPM's Southern California location in Santa Monica makes for efficient and easy access to the affected areas and has allowed us to conduct a thorough ongoing investigation.

14. I firmly believe that CPM, Aitken*Aitken*Cohn, and Bentley & More LLP are the group best positioned to serve as interim co-lead class counsel.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28 day of October 2021 in Santa Monica, California.

                                      */s/ Gary A. Praglin*
                                      GARY A. PRAGLIN