ROBERT HUTCHINSON (SBN 45367)
rhutchinson@cpmlegal.com
GARY A. PRAGLIN (SBN 101256)
gpraglin@cpmlegal.com
KELLY WEIL (SBN 291398)
kweil@cpmlegal.com
NANCI NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
HANNAH BROWN (SBN 337592)
hbrown@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff*

WYLIE A. AITKEN (SBN 37770)
wylie@aitkenlaw.com
DARREN O. AITKEN (SBN 145251)
darren@aitkenlaw.com
MEGAN J. DEMSHKI (SBN 306881)
megan@aitkenlaw.com
**AITKEN\*AITKEN\*COHN**
3 MacArthur Place Suite 800
Santa Ana, CA 92707
Tel.: (714) 434-1424
Fax: (714) 434-3600

GREGORY L. BENTLEY (SBN 151147)
gbentley@bentleymore.com
CLARE LUCICH (SBN 287157)
clucich@bentleymore.com
MATTHEW W. CLARK (SBN 273950)
mclark@bentleymore.com
**BENTLEY & MORE LLP**
4931 Birch Street
Newport Beach, CA 92660-2114
Tel.: (949) 870-3800
Fax: (949) 732-6291

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRADLEY BITTON d/b/a BRAD'S LIVE LOCAL LOBSTER; KIRK SCHOONOVER**, on behalf of themselves and all other similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**AMPLIFY ENERGY CORPORATION**, a Texas Corporation; **BETA OPERATION COMPANY LLC** d/b/a **BETA OFFSHORE**, a Texas Corporation; **SAN PEDRO BAY PIPELINE COMPANY**, a Texas Corporation,<br><br>       Defendants. | CASE NO: 8:21-CV-01694-DOC-JDEx<br><br>**DECLARATION OF KELLY WEIL IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br><br>Filed: October 12, 2021<br>Trial: None Set |

I, Kelly Weil, declare:

1. I am an attorney duly licensed to practice law before this Court, and am a partner of the law firm of Cotchett, Pitre & McCarthy, LLP, counsel of record for BANZAI SURF COMPANY, LLC in this action. I submit this Declaration in Support of the Motion for Appointment of Cotchett, Pitre & McCarthy, LLP ("CPM"), Aitken*Aitken*Cohn, and Bentley & More LLP as Interim Co-Lead Class Counsel. If called as a witness, I could and would competently testify to all facts herein.

2. I have been one of the lawyers primarily responsible for the investigation and prosecution of Plaintiffs' claims on behalf of the proposed classes in these related matters.

**Personal Experience with Environmental Litigation**

3. I have extensive experience prosecuting both mass action and environmental lawsuits. I have represented thousands of clients in mass tort cases against pharmaceutical companies, public utilities, energy companies, and automotive manufacturers.

4. I handle a wide variety of complex cases in state and federal courts throughout California including environmental, *qui tam*, elder abuse, catastrophic injury, wrongful death, fraud, and consumer class actions.

5. I have taken hundreds of depositions of corporate executives, environmental consultants, regulatory agencies, adverse witnesses, and experts.

6. Most recently, I took more than 50 depositions of key witnesses (both liability and damages) in the *Southern California Gas Leak Cases*, including the environmental consultants hired by SoCalGas and Sempra Energy and persons most knowledgeable at various regulatory agencies (including the California Air Resources Board, the South Coast Air Quality Management District, the Los Angeles County Supervisor's Office, and the Los Angeles County Department of Public Health).

7. Some of my relevant experience includes:

///

a. I served as an active member of the trial team and Plaintiffs' Steering Committee for the *Southern California Gas Leak Cases* – Los Angeles Superior Court JCCP 4861 against SoCalGas and Sempra Energy, which involved the largest known release of methane (a powerful greenhouse gas) in U.S. history. The case resulted in a settlement of $1,800,000,000.00 (one billion, eight hundred million dollars).

b. I recently filed a class action lawsuit arising out of the ongoing air contamination (hydrogen sulfide) in the City of Carson, which has sickened and displaced thousands of people. *Alvarez, et al. v. Prologis, Inc., et al.* – Los Angeles Superior Court Case No. 21STCV38929.

c. I served as lead counsel from my office in cases arising from death and injury caused by COVID-19 upon cruise ships operated by Princess Cruises in the Central District of California (in front of Hon. Gary Klausner and Hon. George Wu), resulting in confidential settlements.

d. I currently represent municipalities and private water companies in investigation and litigation relating to PFAS-contaminated groundwater.

e. I have regularly assisted in all aspects of litigation (namely pleadings, discovery, experts, and resolution) of various environmental cases concerning contaminated air, water, and soil since 2010 (at the time, I was a certified law clerk).

f. I regularly practice in the Central District of California and currently have active cases pending in this District.

**Cotchett, Pitre & McCarthy, LLP's Experience and Resources**

8. My partners at CPM have engaged in extensive class action and environmental litigation.

9. CPM is nationally recognized for prosecuting and defending actions on behalf of families, businesses, communities, and government entities injured as the

result of pollution, chemical releases, and contamination of drinking water supplies and other parts of our communities.

10. The firm has zealously and successfully litigated to protect disadvantaged communities and those disproportionately impacted by the harms of pollution, especially lead contamination. The firm also works to secure clean, safe, and accessible outdoor spaces, to make sure that the effort put into protecting the environment leads to public spaces that can be utilized by all Californians.

11. CPM has the resources to serve as interim co-lead class counsel.

**Investigating and Litigating the Orange County Oil Spill**

12. Since learning of the oil spill, I have spent time in Huntington Beach, Newport Beach, and Dana Point meeting with clients and others affected by the oil spill.

13. I have engaged in extensive research and investigation regarding the oil spill. Along with CPM's support staff and other CPM lawyers, we are constantly monitoring information and updates related to the oil spill.

14. CPM has hired consultants who are well-versed in the fields of oil pipelines and underwater forensics. To this end, CPM has put Defendants on notice to preserve the failed pipeline and has formally requested reasonable advanced notice from Defendants, the United States Coast Guard, and the Federal Bureau of Investigation in order to cooperatively observe and participate in forensic testing.

15. I have collaboratively worked with other lawyers on early discovery efforts.

16. CPM has served Freedom of Information Act requests on the United States Coast Guard and is in the process of preparing FOIA requests as to other federal agencies. These requests have been shared with other counsel in this matter in order to avoid duplication of efforts.

///
///

17. CPM's Southern California location makes for efficient and easy access to the affected areas and has allowed us to conduct a thorough and ongoing investigation.

18. I firmly believe that CPM, Aitken*Aitken*Cohn, and Bentley & More LLP are the group best positioned to serve as interim co-lead class counsel.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28 day of October 2021 in Santa Monica, California.

                                                  */s/ Kelly W. Weil*
                                                  KELLY W. WEIL