| | |
|---|---|
| ROBERT HUTCHINSON (SBN 45367)<br>rhutchinson@cpmlegal.com<br>GARY A. PRAGLIN (SBN 101256)<br>gpraglin@cpmlegal.com<br>KELLY WEIL (SBN 291398)<br>kweil@cpmlegal.com<br>NANCI NISHIMURA (SBN 152621)<br>nnishimura@cpmlegal.com<br>ANNE MARIE MURPHY (SBN 202540)<br>amurphy@cpmlegal.com<br>HANNAH BROWN (SBN 337592)<br>hbrown@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>2716 Ocean Park Boulevard, Suite 3088<br>Santa Monica, CA 90405<br>Telephone: (310) 392-2008<br>Facsimile: (310) 392-0111<br><br>*Attorneys for Plaintiff* | WYLIE A. AITKEN (SBN 37770)<br>wylie@aitkenlaw.com<br>DARREN O. AITKEN (SBN 145251)<br>darren@aitkenlaw.com<br>MEGAN J. DEMSHKI (SBN 306881)<br>megan@aitkenlaw.com<br>**AITKEN\*AITKEN\*COHN**<br>3 MacArthur Place Suite 800<br>Santa Ana, CA 92707<br>Tel.: (714) 434-1424<br>Fax: (714) 434-3600<br><br>GREGORY L. BENTLEY (SBN 151147)<br>gbentley@bentleymore.com<br>CLARE LUCICH (SBN 287157)<br>clucich@bentleymore.com<br>MATTHEW W. CLARK (SBN 273950)<br>mclark@bentleymore.com<br>**BENTLEY & MORE LLP**<br>4931 Birch Street<br>Newport Beach, CA 92660-2114<br>Tel.: (949) 870-3800<br>Fax: (949) 732-6291 |

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRADLEY BITTON d/b/a BRAD'S LIVE LOCAL LOBSTER; KIRK SCHOONOVER**, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>**AMPLIFY ENERGY CORPORATION**, a Texas Corporation; **BETA OPERATION COMPANY LLC** d/b/a BETA OFFSHORE, a Texas Corporation; **SAN PEDRO BAY PIPELINE COMPANY**, a Texas Corporation,<br><br>Defendants. | CASE NO: 8:21-CV-01694-DOC-JDEx<br><br>**DECLARATION OF WYLIE A. AITKEN IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br><br>Filed: October 12, 2021<br>Trial: None Set |

**DECLARATION OF WYLIE A. AITKEN IN SUPPORT OF MOTION FOR APPOINTMENT; CASE NO: 8:21-CV-01694-DOC-JDEx**

I, Wylie A. Aitken, declare:

1. I am an attorney duly licensed to practice law before this Court, and am a partner of the law firm of Aitken*Aitken*Cohn, counsel of record for **EAST MEETS WEST EXCURSIONS**, **MIKE OWENS,** an individual; **MICHAEL JENSEN,** an individual; **PATRICK MAHONEY,** an individual; **JOLYNN MAHONEY,** an individual; **STEVEN ROSANSKY,** an individual; **GINA ROSANSKY,** an individual; **JOHN PEDICINI,** an individual; and **MARYSUE PEDICINI,** an individual in this action (Case No. 8:21-cv-01725). I submit this Declaration in Support of the Motion for Appointment of Cotchett, Pitre & McCarthy, LLP, Aitken*Aitken*Cohn, and Bentley & More LLP as Interim Co-Lead Class Counsel. If called as a witness, I could and would competently testify to all facts herein.

2. I have been one of the lawyers primarily responsible for the investigation and prosecution of Plaintiffs' claims on behalf of the proposed classes in these related matters.

## My Relevant Experience

3. I have been lead trial counsel in numerous significant tort cases involving auto product liability, bad faith insurance practices-with expertise in proving and recovering punitive damages, aviation, product liability, business tort litigation and actions involving wrongful death and major personal injuries, as well as class actions and multi-district litigation.

4. As trial and appellate counsel, I have been involved in landmark consumer decisions such as: *Boicourt v Amex Assurance Company*, 78 Cal.App. 4th 1390 (2000); *Neal v. Farmers Insurance Exchange*, 21 Cal.3d 910, 148 Cal.Rptr. 389 (1978), still the leading California Supreme Court case on punitive damages, and *Gourley v. State Farm*, 217 Cal.App.3d 111 (1990) 53 Cal.3d 121 (1991). As a participant on the Amicus Curiae Committee of the California Trial Lawyers Association (now Consumer Attorneys) and have argued numerous major tort actions

including business torts to the Supreme Court of California. This background will aid significantly in finding the necessary resources to compensate victims of this disaster.

5. Some of my recent significant cases include:

a. *In re Experian Data Breach Litigation* before Judge Andrew Guilford involving a data breach of the personal information of over 15 million T-Mobile customers whose information was stored with Experian.

b. In *Medical Capital v. Wells Fargo and Bank of New York Mellon* before this Court, I was co-lead trial counsel in a class action which resolved the day before trial and which resulted in a $219 million recovery against two major banks for 6,600 class members with a pro rata recovery of $22,000+ per individual. The settlement was the largest recovery against indenture trustees in U.S. history.

c. I was appointed as National Liaison Counsel in *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation* before Judge James V. Selna and worked with a number of excellent counsel resulting in a $1.63 billion recovery.

d. I served as lead counsel in *Dwight Smith, et al. v. City of Santa Ana, et al.*, SA CV 04-00084 JFW (PJWx). This action was brought against a local city government on a pro bono basis by Aitken*Aitken*Cohn along with a number of other prominent Orange County firms involving claimed violations of the First Amendment Rights of a religious organization (to wit, attempts to restrict the Catholic Worker organization from providing shelters and free meals to the homeless).

e. I, along with Darren O. Aitken, served as trial counsel and represented a 9-year-old girl and secured a $54,000,000 verdict (recognized as the highest individual injury award as against the Federal Government before Judge Alicemarie Stotler) following a trial against the U.S. government as a result of an auto collision that occurred when a federal employee ran a red light and broadsided the car in which she was riding. Judge Stoller's judgement was sustained by the 9th Circuit.

f. I secured the resolution of a record breaking (settlement estimated by the LA Times in the sum of $25 Million) wrongful death action for a 34-year-old man and the severe disfigurement of his wife due to the dislodgment of a metal cleat on Disney's Sailing Ship Columbia at the Disneyland theme park. This high-profile matter sparked a national debate and implemented changes in California law to ensure the safety of theme parks (and was followed by a wrongful death action brought by the family of a 21-year-old son who was killed on the Disney Big Thunder Mountain ride).

g. I secured a $23,500,000 verdict, which was awarded to an "exceptional" 13-year-old boy by an Orange County, California jury, for significant brain injuries as a result of a commercial automobile collision. The trial of this matter involved complex and groundbreaking legal theories regarding the accountability of an employer for actions of its employee (during the course and scope of employment).

h. I secured a $17,000,000 verdict in a fire insurance bad faith case, including $15,000,000 in punitive damages awarded to protect insurance consumers in the future (which involved principles set forth in *Neal vs. Farmers*, infra, a California Supreme Court case holding which affirmed a punitive damage award on behalf of auto consumer).

i. I represented the minor children after they watched three family members die from electrocution when they came in contact with a live, downed power line at their home in San Bernardino, resulting in an 8-figure confidential settlement with Southern California Edison.

j. I secured a significant seven figure settlement in maritime matter involving a collision between a superyacht and a fishing vessel off the coast of San Diego. The incident killed one of our clients and catastrophically injured over a dozen more.

6. In addition to my litigation experience, I have received the following awards and honors: Consumer Attorneys of California Trial Lawyer of the Year,

Finalist, *Sumrall v. Modern Alloys* (2019) See *Sumrall v. Modern Alloys, Inc.* (2017) 10 Cal. App. 5th 961; Consumer Attorneys of California Trial Lawyer of the Year, Finalist, *Ruehle v. California Republican Party* (2021); Orange County's Most Influential Leaders (Orange County Business Journal); Top 25 Plaintiff Layers in California (Daily Journal); Top 500 Lawyers in America (LawDragon Magazine); Top 100 California's Most Influential Lawyers (Los Angeles Daily Journal); the "Franklin G. West Award" Orange County Bar Association's highest award; Consumer Watchdog's "Rage for Justice -Lifetime Achievement Award;" Marquette University Law School "Lifetime Achievement Award;" American Board of Trial Advocates (ABOTA) "Trial Lawyer of the Year;" Hispanic Bar Association "Trial Lawyer of the Year;"" and, Anti-Defamation League of OC/LB "Jurisprudence Award."

      7.    I have served in a number of leadership roles, including as Former President of the State Trial Lawyers and Member of the National Board; Former ABOTA member of the National Board of Directors; National President of ABOTA Charitable Foundation; Chair of the Board of Advisors of Chapman University Law School; and Chair of the Chapman University Board of Trustees (2016-2021).

**Aitken*Aitken*Cohn's Resources and Experience**

      8.    Aitken*Aitken*Cohn's ("AAC") main office is in Santa Ana, California, where the firm has been headquartered for over 40 years. This location in near proximity to the oil spill has allowed us to be present in the community that has been affected by the oil spill. Aitken*Aitken*Cohn is well recognized within the Orange County community at large, as well as its legal community. I have been actively involved with the Crystal Cove Alliance and the Ocean Institute. I was recently recognized as one of Orange County's Most Influential Leaders by the Orange County Business Journal.

///

///

9. Aitken*Aitken*Cohn has a well-respected national reputation, which followed numerous trial victories, settlements, and precedent-setting appellate decisions.

10. AAC is deeply dedicated to our community and as such has dedicated significant resources, both monetarily and the significant pro bono legal work in multiple organizations and work on behalf of the Orange County citizens and their coast.

11. I strongly believe that AAC, Cotchett, Pitre & McCarthy, LLP, and Bentley & More LLP together would best serve the classes as interim co-lead class counsel.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28 day of October 2021 in Santa Ana, California.

/s/ Wylie A. Aitken
WYLIE A. AITKEN