ROBERT HUTCHINSON (SBN 45367)
rhutchinson@cpmlegal.com
GARY A. PRAGLIN (SBN 101256)
gpraglin@cpmlegal.com
KELLY WEIL (SBN 291398)
kweil@cpmlegal.com
NANCI NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
HANNAH BROWN (SBN 337592)
hbrown@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff*

WYLIE A. AITKEN (SBN 37770)
wylie@aitkenlaw.com
DARREN O. AITKEN (SBN 145251)
darren@aitkenlaw.com
MEGAN J. DEMSHKI (SBN 306881)
megan@aitkenlaw.com
**AITKEN*AITKEN*COHN**
3 MacArthur Place Suite 800
Santa Ana, CA 92707
Tel.: (714) 434-1424
Fax: (714) 434-3600

GREGORY L. BENTLEY (SBN 151147)
gbentley@bentleymore.com
CLARE LUCICH (SBN 287157)
clucich@bentleymore.com
MATTHEW W. CLARK (SBN 273950)
mclark@bentleymore.com
**BENTLEY & MORE LLP**
4931 Birch Street
Newport Beach, CA 92660-2114
Tel.: (949) 870-3800
Fax: (949) 732-6291

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRADLEY BITTON d/b/a BRAD'S LIVE LOCAL LOBSTER; KIRK SCHOONOVER**, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMPLIFY ENERGY CORPORATION**, a Texas Corporation; **BETA OPERATION COMPANY LLC** d/b/a BETA OFFSHORE, a Texas Corporation; **SAN PEDRO BAY PIPELINE COMPANY**, a Texas Corporation,<br><br>Defendants. | CASE NO: 8:21-CV-01694-DOC-JDEx<br><br>**DECLARATION OF GREGORY L. BENTLEY IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br><br>Filed: October 12, 2021<br>Trial: None Set |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**DECLARATION OF GREGORY L. BENTLEY IN SUPPORT OF MOTION FOR APPOINTMENT; CASE NO: 8:21-CV-01694-DOC-JDEx**

I, Gregory L. Bentley, declare:

1. I am an attorney duly licensed to practice law before this Court, and am a partner of the law firm of BENTLEY AND MORE, LLP, counsel of record for CHARLIE'S GYROS in this action, as well as the action filed as *Charlie's Gyros, Inc. v. Amplify Energy Corp., et al.,* Case No. 8:21-cv-01738-JVS-KES. I submit this Declaration in Support of the Motion for Appointment of Cotchett, Pitre & McCarthy, LLP, Aitken*Aitken*Cohn, and Bentley and More, LLP, as Interim Co-Lead Class Counsel. If called as a witness, I could and would competently testify to all facts herein.

2. I have been one of the lawyers primarily responsible for the investigation and prosecution of Plaintiffs' claims on behalf of the proposed classes in these related matters.

**My Relevant Experience**

3. I focus on representing mainly consumers in a variety of cases, including catastrophic personal injury, wrongful death, product liability, government entity liability, and insurance bad faith matters. Bentley & More LLP has considerable experience with the class action process, including the following:

- ***Holly Wedding, et al. v. CalPERS***, BC517444, J.C.C.P. 4936, a class action in the Los Angeles Superior Court regarding CalPERS' Long Term Care Program, and the class-wide breach of contract when CalPERS repeatedly raised policyholder premiums. The matter is in the process proceeding through the notice and approval process for a class-wide settlement, was exhaustively litigated over the last 8 years in conjunction with other class counsel by firm partners Greg Bentley, Matthew Clark, and Clare Lucich, with the proposed settlement totaling $2.7 billion. Greg Bentley serves as one of 4 court-appointed trial lawyers.

- The *LG Chem Product Cases*, J.C.C.P. No. 5003, where firm attorneys Gregory L. Bentley and Matthew Clark served as the lead attorneys

attempting to coordinate more than a dozen actions (in which Bentley & More LLP was lead counsel) against LG for lithium-ion battery defects.

- ***Allergan Biocell Textured Breast Implant Cases***, J.C.C.P. Case No. 5104, alleging product defects in defendants' textured implants, in which Bentley & More LLP represents a number of plaintiffs in the coordinated proceeding, and has played an active role in the developing and ongoing litigation.

- **The *Insurance Company Cases***, J.C.C.P. No. 4249, in the coordinated "Med Pay" class action cases before the Los Angeles Superior Court, entitled *Goodman v. Mercury and Theis v. 21st Century*, where founding firm partner Gregory L. Bentley served as one of the lead attorneys involved in that class action.

4. Bentley & More LLP also has a history of securing significant compensation on behalf of individual or multi-plaintiff cases. Some of my significant cases, verdicts, and settlement include:

    a. In December of 2020, I obtained a confidential 8-figure settlement on behalf of multiple homeowners who lost their homes in the California wildfires. Despite maintaining insurance with the same carrier for years, and despite the insurance company recommending and even selecting the policy limits, the devastating wildfires left the homeowners without adequate insurance to even begin rebuilding their lost homes. This underinsurance problem—all too common in the property insurance industry—was instigated by insurers falsely promising to conduct detailed estimates of replacement cost value, falsely claiming they revised that estimate yearly to account for changes in construction costs, and by relying on software that knowingly underestimated the cost to rebuild insureds' homes. Despite the vast majority of homeowners believing they are adequately insured, these factors have combined to leave upwards of 80% of homes throughout the United States underinsured in the event of a total, catastrophic loss.

///

b. In February 2020, I reached a confidential 8-figure settlement on behalf of a wide-range of clients injured by alleged product defects suffering a variety of injuries.

c. In January 2020, I recovered $6 million on behalf of a mother whose nineteen-year-old daughter was killed when her car careened down an embankment on the mountain winding Bouquet Canyon Road crashing into a tree, causing her tragic death.  Through 39 depositions, numerous expert studies and analysis, and local resident declarations, my team and I established that the road constituted a dangerous condition for its lack of a guardrail.  As a result of the litigation, the County of Los Angeles has now installed a guardrail on this mountain winding road, which if it had been in place at the time, would have prevented the tragic death. (*Parks v. County of Los Angeles*).

d. In July 2012, I secured a $31.5 million jury verdict against Caltrans and a left-turning driver on behalf of a Los Angeles County prosecutor who suffered catastrophic brain and spinal cord injuries as a result of an accident on State Route 138 (*Evans v. Caltrans, et. al.*).

e. In January 2018, I obtained a $30 million personal injury settlement against a large trucking company whose negligent maintenance of its fleet of trucks resulted in a driveshaft shearing off while traveling on the freeway striking 10 other vehicles before smashing through the windshield of a vehicle driven by a hard-working wife and mother of two, violently striking her in the face.  The young mother suffered catastrophic injuries including severe traumatic brain injury, extensive encephalomalacia (the softening and loss of brain tissue), facial fractures, orbital fractures, nasal fractures, cognitive deficits, chronic and permanent nerve pain on her forehead due to a damaged 5th cranial nerve, numbness on her face, memory loss, headaches, severe double vision, loss of vision in her right eye, loss of smell, disfigurement, dizziness, anxiety, depression, anger, and impulsiveness. (*Dominguez v. Doe*).

f. In April 2018, I obtained a $26 million personal injury and wrongful death settlement on behalf of four family members who, while traveling on the freeway and slowing for traffic ahead, were slammed into from behind by a Ford Ranger traveling in excess of 75 mph and driven by a summer intern of a large construction company. The tragic accident resulted in the tragic death of one rear-seat passenger, serious head, neck, back and shoulder injuries to the driver and front seat passenger, which required several surgeries, and catastrophic injuries to the other rear-seat passenger including spinal and facial fractures, major traumatic brain injury, a crushed skull, facial disfigurement and leaving her virtually blind in one eye. (*Munoz v. Doe*).

g. In July 2018, I obtained a $12 million wrongful death settlement against the City of Los Angeles on behalf of the family of Alice Gruppioni, an Italian newlywed tragically killed on her honeymoon when struck by a reckless vehicle on the Venice Beach Boardwalk. The case received local and international media attention, shining a light on the City's failure to properly secure the Boardwalk from access by unauthorized vehicles. I also obtained a key ruling from the California Court of Appeal, deciding an issue of first impression, that an area such as the Boardwalk, with its high level of commercial and vendor activity, would not entitle the City of Los Angeles to "recreational trail" immunity under the California Government Code. The $12 million settlement represents the largest wrongful death settlement ever reached with the City of Los Angeles. In addition to the settlement payment, the City will install more secure barriers to protect the area and agreed to place a plaque at the location in tribute to Alice Gruppioni. (*Gruppioni v. City of Los Angeles*, Los Angeles Superior Court Case No. BC553109, consolidated as Case No. BC537145, Court of Appeal Case No. B280429.)

h. In August of 2018, I completed an $8,750,000 settlement on behalf of a father and two children for the death of their spouse/mother, which occurred due to police misconduct. The decedent was a hostage taken during the course of a bank

robbery, and ultimately perished when police, knowing she was still inside the getaway vehicle, fired more than 600 rounds into the disabled vehicle. She sadly perished from her injuries, injuries that were all caused by bullets fired by city policy. (*Holt-Singh v. City of Stockton, et al.*)

      i.  In September of 2015, I obtained a $1.885 million jury verdict in Riverside Superior Court in a first-of-its-kind product liability case involving an e-cigarette device that exploded while charging, causing severe physical burns and a lifetime of emotional scars to his client (*Jennifer Ries v. VAPCIGS*). As a result of this case, I have become a nationally recognized personal injury lawyer in the realm of e-cigarette litigation. I am handling 200 e-cigarette cases in California, Nevada, Washington, Arizona, Nevada, Texas, New York, New Jersey, Pennsylvania, North Carolina, and Wisconsin. I also work to educate consumer attorneys about this issue, appearing at conferences and writing for publications such as Consumer Attorneys of Los Angeles, Consumer Attorneys of California, Consumer Attorneys of Inland Empire, and the Orange County Trial Lawyers Association.

      j.  In December 2012, I was successful in obtaining a $2.3 million jury verdict in Glendale Superior Court on behalf of a 26-year Monterey Park Police Sergeant who suffered severe injuries after being struck by an Athens Services truck that pulled away from the curb directly in front of the client driving on the wrong side of the road. The client suffered significant orthopedic and urological injuries, including fractures of both wrists and a torn urethra (*Wiese et al. v. Athens Disposal Company, Inc. et al.*).

      k.  In July 2014, I successfully obtained a $3.8 million jury verdict on behalf of a former student of the Newport-Mesa Unified School District who suffered severe injuries to his right-hand during metal shop class (*Zavala v Newport-Mesa Unified School District*).

      l.  In April 2014, myself and my team members Matthew Clark and Clare Lucich teamed up on a pro bono basis with the Inner City Law Center in

representing 28 people in a lawsuit that sought to seek change in horrible living conditions. Due to the team's litigation efforts, the matter settled on the eve of trial for nearly $4 million, including a global recovery for the clients in the amount of $680,000 in monetary damages, relocation benefits of $93,150 and a full $3,000,000 renovation of the building, including 100 units of newly refurbished affordable housing in Los Angeles. I donated my fee to the Inner City Law Center to help it advance its worthy cause. (*Villegas, et al. v. Vista Cahuenga*).

   m. I frequently represent clients whose insurance company fails to defend them or settle cases filed against them for amounts within their policy limits. Through an assignment of rights and covenant not to execute, I obtained a Judgment against American States Insurance Company in the amount of $6,196,175 for their failure to settle a case on behalf of an insured who caused severe injuries, including wrongful death, following a head-on collision (*American States Insurance Co. v. H.L.C.D, Inc.*).

   n. I was lead counsel on behalf of 11 clients (2 adult church leaders and 9 high school students) involved in a tragic head-on collision on Highway 395, resulting in 4 deaths and major injuries to the survivors. Due to his litigation efforts, I was able to uncover numerous Caltrans memorandums dating back to 1965 confirming Caltrans' knowledge of the dangerous propensities of a 6" Type A dike along State highways, which caused wayward vehicles to violently "launch" back into oncoming traffic. This complex case resulted in 60 depositions, the production of thousands of documents and extensive expert workup. The matter settled against multiple defendants for an amount in excess of $20 million.

   o. As a staunch advocate for patient's rights, I took on a major HMO representing over 90 patients who lost kidney transplant opportunities following the forced transfer of their care for cost saving purposes. The litigation efforts resulted in a $17 million settlement and the transfer of all patient care back to qualified hospitals.

5. In addition to my litigation experience, I have also been recognized by my peers. I have recently received the following awards: Super Lawyers Top 50 in Orange County & Top 100 in Southern California (2021); Top Plaintiff Attorney by Daily Journal (2016, 2017, 2018, 2019, and 2021); Top Gun Trial Lawyer of the Year (Products Liability) by the Orange County Trial Lawyers Association (2016); Top 100 Lawyer by Daily Journal (2016); Consumer Attorney of the Year Award by Consumer Attorneys of California (2014); Top Gun Trial Lawyer of the Year (Government Entity) by the Orange County Trial Lawyers Association (2013); Jennifer Brooks Trial Lawyer of the Year by the Western San Bernardino County Bar Association (2013); and, William M. Shernoff Trial Lawyer of the Year by the Consumer Attorneys of the Inland Empire (2012). I have earned election to the International Academy of Trial Lawyers, am a Fellow in the International Society of Barristers, and am a member of the American Board of Trial Advocates. I have held numerous leadership positions with the organizations identified above, and have also served as the President of the Consumer Attorneys of California (2016), a 3,000 plus member organization charged with protecting consumer rights, and as a member of the Executive Committee of the CAOC PAC Board (2016-2020). Finally, since 2019, I have served on the Orange County Judicial Selection Advisory Committee, following my appointment by California Governor Gavin Newsom.

**Bentley & More LLP's Experience and Resources**

6. Bentley & More LLP ("B&M") is located in Newport Beach, California (4931 Birch Street, Newport Beach, CA 92660). This office location allows us to conveniently meet with plaintiffs, attend all court hearings in person if preferred by the Court, and conduct investigations relevant to the recent oil spill.

7. B&M has the resources necessary to support this litigation and to serve as interim co-lead class counsel. B&M was founded in 2016 by two prominent consumer attorneys (myself and my partner Keith More), who brought together years of experience in the personal injury, consumer protection, worker's compensation,

and insurance fields. In 2018, the firm purchased its current office spaces, enabling a significant expansion of the firm's litigation capabilities. B&M currently employs 11 attorneys licensed in California, with dozens of additional staff, including law clerks, paralegals, legal secretaries and other valued employees. Together, B&M attorneys have decades of litigation and trial experience representing and advocating for consumers, workers, and victims. B&M's entire business model is founded on representing consumers, workers, and victims on a contingency basis, including bearing costs while litigation proceeds. The firm has the personnel, resources, and drive to support this litigation and serve as interim co-lead class counsel.

8. I believe that B&M, Cotchett, Pitre & McCarthy, LLP, and Aitken*Aitken*Cohn are the law firms best situated to serve as interim co-lead class counsel in these related matters.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28 day of October 2021 in Newport Beach, California.

*/s/ Gregory L. Bentley*
GREGORY L. BENTLEY