| | |
|---|---|
| ROBERT HUTCHINSON (SBN 45367)<br>rhutchinson@cpmlegal.com<br>GARY A. PRAGLIN (SBN 101256)<br>gpraglin@cpmlegal.com<br>KELLY WEIL (SBN 291398)<br>kweil@cpmlegal.com<br>NANCI NISHIMURA (SBN 152621)<br>nnishimura@cpmlegal.com<br>ANNE MARIE MURPHY (SBN 202540)<br>amurphy@cpmlegal.com<br>HANNAH BROWN (SBN 337592)<br>hbrown@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>2716 Ocean Park Boulevard, Suite 3088<br>Santa Monica, CA 90405<br>Telephone: (310) 392-2008<br>Facsimile: (310) 392-0111<br><br>*Attorneys for Plaintiff* | WYLIE A. AITKEN (SBN 37770)<br>wylie@aitkenlaw.com<br>DARREN O. AITKEN (SBN 145251)<br>darren@aitkenlaw.com<br>MEGAN J. DEMSHKI (SBN 306881)<br>megan@aitkenlaw.com<br>**AITKEN\*AITKEN\*COHN**<br>3 MacArthur Place Suite 800<br>Santa Ana, CA 92707<br>Tel.: (714) 434-1424<br>Fax: (714) 434-3600<br><br>GREGORY L. BENTLEY (SBN 151147)<br>gbentley@bentleymore.com<br>CLARE LUCICH (SBN 287157)<br>clucich@bentleymore.com<br>MATTHEW W. CLARK (SBN 273950)<br>mclark@bentleymore.com<br>**BENTLEY & MORE LLP**<br>4931 Birch Street<br>Newport Beach, CA 92660-2114<br>Tel.: (949) 870-3800<br>Fax: (949) 732-6291 |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRADLEY BITTON d/b/a BRAD'S LIVE LOCAL LOBSTER; KIRK SCHOONOVER**, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>**AMPLIFY ENERGY CORPORATION**, a Texas Corporation; **BETA OPERATION COMPANY LLC** d/b/a BETA OFFSHORE, a Texas Corporation; **SAN PEDRO BAY PIPELINE COMPANY**, a Texas Corporation,<br><br>Defendants. | CASE NO: 8:21-CV-01694-DOC-JDEx<br><br>**DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF COTCHETT, PITRE & McCARTHY, LLP, AITKEN\*AITKEN\*COHN, AND BENTLEY AND MORE LLP AS INTERIM CO-LEAD CLASS COUNSEL**<br><br>Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br><br>Filed: October 12, 2021<br>Trial: None Set |

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF MOTION FOR APPOINTMENT; CASE NO: 8:21-CV-01694-DOC-JDEx**

I, Francis A. Bottini, Jr., declare:

1. I am an attorney duly licensed to practice law before this Court, and am the Managing Partner of the law firm of Bottini & Bottini, Inc., counsel of record for Newport Surfrider, LLC, the plaintiff in a related case to the instant matter: *Newport Surfrider, LLC v. Amplify Energy Co., et al*, 8:21-cv-01686-DOC-JDEx. I submit this Declaration in Support of the Motion for Appointment of Cotchett, Pitre & McCarthy, LLP, Aitken*Aitken*Cohn, and Bentley & More LLP as Interim Co-Lead Class Counsel. If called as a witness, I could and would competently testify to all facts herein.

2. I filed the above-named lawsuit on October 11, 2021, on behalf of my client who was adversely impacted by the October 2021 oil spill off the coast of Orange County, California. The lawsuit is currently before this Court.

3. I support the appointment of Cotchett, Pitre & McCarthy, LLP, Aitken*Aitken*Cohn, and Bentley & More LLP as Interim Co-Lead Class Counsel pursuant to Fed. R. Civ. P 23(g) because such firms individually, as well as collectively, have put significant time and resources into investigating the oil spill and identifying potential claims. Their individual and collective proximity to the oil spill provides for efficiency in attending in-person court appearances, taking and defending depositions, and conducting ongoing inspections and investigations. Each firm alone has substantial experience handling class action lawsuits, environmental cases, and relevant complex matters. Together they have more than sufficient experience to serve in this role. Finally, I am confident that these firms individually, and collectively, possess the resources necessary to serve the potential classes as Interim Co-Lead Class Counsel.

4. I am very familiar with the Cotchett, Pitre & McCarthy, LLP law firm and I believe in its ability to serve in this role and represent myself, my clients, my colleagues, and the classes. In a case like this with significant ramifications for the clients' interests as well as the health and sustainability of the California coastline, it

is imperative to have firms in leadership roles which exhibit the utmost integrity, competence, and collegiality. I can say without hesitation that the proposed firms here exhibit such characteristics and therefore have my full support in this motion for appointment as Interim Co-Lead Class Counsel.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28 day of October 2021 in La Jolla, California.

*/s/ Francis A. Bottoni, Jr.*
FRANCIS A. BOTTINI, JR.