ROBERT HUTCHINSON (SBN 45367)
rhutchinson@cpmlegal.com
GARY A. PRAGLIN (SBN 101256)
gpraglin@cpmlegal.com
KELLY WEIL (SBN 291398)
kweil@cpmlegal.com
NANCI NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
HANNAH BROWN (SBN 337592)
hbrown@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff*

WYLIE A. AITKEN (SBN 37770)
wylie@aitkenlaw.com
DARREN O. AITKEN (SBN 145251)
darren@aitkenlaw.com
MEGAN J. DEMSHKI (SBN 306881)
megan@aitkenlaw.com
**AITKEN\*AITKEN\*COHN**
3 MacArthur Place Suite 800
Santa Ana, CA 92707
Tel.: (714) 434-1424
Fax: (714) 434-3600

GREGORY L. BENTLEY (SBN 151147)
gbentley@bentleymore.com
CLARE LUCICH (SBN 287157)
clucich@bentleymore.com
MATTHEW W. CLARK (SBN 273950)
mclark@bentleymore.com
**BENTLEY & MORE LLP**
4931 Birch Street
Newport Beach, CA 92660-2114
Tel.: (949) 870-3800
Fax: (949) 732-6291

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRADLEY BITTON d/b/a BRAD'S LIVE LOCAL LOBSTER; KIRK SCHOONOVER**, on behalf of themselves and all other similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>**AMPLIFY ENERGY CORPORATION**, a Texas Corporation; **BETA OPERATION COMPANY LLC** d/b/a BETA OFFSHORE, a Texas Corporation; **SAN PEDRO BAY PIPELINE COMPANY**, a Texas Corporation,<br><br>          Defendants. | CASE NO: 8:21-CV-01694-DOC-JDEx<br><br>**DECLARATION OF PAUL MATIASIC IN SUPPORT OF COTCHETT, PITRE & McCARTHY, LLP, AITKEN\*AITKEN\*COHN, AND BENTLEY AND MORE LLP AS INTERIM CO-LEAD CLASS COUNSEL**<br><br>Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br><br>Filed: October 12, 2021<br>Trial: None Set |

I, Paul Matiasic, declare:

1.      I am an attorney duly licensed to practice law before this Court, and am the founding partner of The Matiasic Firm, P.C., counsel of record for Quality Sea Food, Inc., Jack Buttler, LBC Seafood, Inc., and Steve Legere in *Quality Sea Food, Inc., et al. v. Amplify Energy Corporation*, *et al.*, a related case to the instant matter. I submit this Declaration in Support of the Motion for Appointment of Cotchett, Pitre & McCarthy, LLP, Aitken*Aitken*Cohn, and Bentley & More LLP as Interim Co-Lead Class Counsel.  If called as a witness, I could and would competently testify to all facts herein.

2.      Along with my co-counsel, I filed a lawsuit on October 8, 2021 on behalf of my clients who were affected by the October 2021 oil spill off the coast of Orange County, California.  *Quality Sea Food, Inc., et al. v. Amplify Energy Corporation*, *et al.* (8:21-cv-01680).  This lawsuit is currently before Judge David O. Carter.

3.      I support the appointment of Cotchett, Pitre & McCarthy, LLP, Aitken*Aitken*Cohn, and Bentley & More LLP as Interim Co-Lead Class Counsel pursuant to Fed. R. Civ. P 23(g) because they have each, and as a collective, put significant work into investigating the oil spill and identifying potential claims.  Each firm alone has substantial experience handling class action lawsuits and relevant complex matters.  Together they have more than sufficient experience to serve in this role.  I am confident that these firms individually, and as a collective, possess the resources necessary to serve the potential class as Interim Co-Lead Class Counsel.

4.      Finally, based upon my experience with and knowledge of these firms, I believe that these firms will ably fight for the rights of all class members and exercise the highest degree of competence and legal acumen in their discharge of their duties as Interim Co-Lead Class Counsel.

5.      I have personally known many of the partners at Cotchett, Pitre & McCarthy, LLP for many years and I strongly believe in their ability to serve in this role and represent myself, my clients, my colleagues, and the class(es).

**DECLARATION OF PAUL MATIASIC IN SUPPORT OF MOTION FOR APPOINTMENT; CASE NO: 8:21-CV-01694-DOC-JDEx**                                                    1

1      I declare under penalty of perjury pursuant to the laws of the State of California

2   and the United States of America that the foregoing is true and correct.

3

4      Executed this 28th day of October 2021 in San Francisco, California.

5

6                                              */s/ Paul Matiasic*

7                                              PAUL MATIASIC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28